**Order filed February 23, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00470-CV

_____

**TERVOR D. REES-JONES AND DEVON ENERGY PRODUCTION CO., LP,**
**Appellant**

**V.**

**D. BOBBITT NOEL, JR., Appellee**

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-39598**

---

## ORDER

The reporter's record in this case was due July 17, 2011. *See* Tex. R. App. P. 35.1.

On December 6, 2011, the court reporter requested an extension of time to file the record, which the court granted until February 3, 2012. The record has not been filed with the court. We therefore issue the following order.

We order Scotty Baldwin, the court reporter, to file the record in this appeal **on or before March 23, 2012.** If he does not timely file the record as ordered, the court may issue a show cause order directing him to appear before this court on a date certain to show

cause why he should not be held in contempt for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM